**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

Attorneys for Plaintiffs SILVIA ROGEL, an individual;
COLEEN GRAY-HAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA ROGEL, an individual; COLEEN GRAY-HAY, an individual; on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC., a New York corporation, NEW AVON, LLC., a Delaware limited liability company, and CERBERUS CAPITAL MANAGEMENT, L.P., a foreign limited partnership<br><br>Defendants. | **Case 3:19-cv-01993-EDL**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

## PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiffs SILVIA ROGEL, an individual and COLEEN GRAY-HAY ("Plaintiffs"), voluntarily dismiss their individual claims against Defendants AVON PRODUCTS, INC., a New York corporation, NEW AVON, LLC., a Delaware limited liability company, and CERBERUS CAPITAL MANAGEMENT, L.P., a foreign limited partnership, with prejudice.

Each party agrees to bear its own costs, expenses, and attorneys' fees.

DATED: July 8, 2019          **BRADLEY/GROMBACHER, LLP**

By:    /s/ Marcus J. Bradley, Esq.
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Taylor L. Emerson, Esq.
Attorneys for Plaintiff

**ECF ATTESTATION**

I, Marcus J. Bradley, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: July 8, 2019                  **BRADLEY/GROMBACHER, LLP**

By: /s/ Marcus J. Bradley, Esq.
     Marcus J. Bradley, Esq.
     Kiley L. Grombacher, Esq.
     Taylor L. Emerson, Esq.
     Attorneys for Plaintiff